UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>DOROTHY L. TARVER<br>LA Bar Roll No. 29714 | MISCELLANEOUS<br><br>No. 24-96-SDD |

## EX-PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, come DANE S. CIOLINO and CLARE S. ROUBION, and upon suggesting to this Honorable Court that they desire DANE S. CIOLINO and CLARE S. ROUBION to substitute as counsel for Joey LaHatte and enroll as co-counsel of record for Cristobal M. Galindo and The Galindo Law Firm. Additionally, JOEY LaHATTE requests that this Court permit him to withdraw as counsel of record.

WHEREFORE, it is prayed that DANE S. CIOLINO and CLARE S. ROUBION be substituted in as counsel of record for Chris Galindo and The Galindo Law Firm in this matter and Joey LaHatte be permitted to withdraw as counsel.

Respectfully submitted,

*S/ Dane S. Ciolino*
DANE S. CIOLINO (#19311)
CLARE S. ROUBION (# 36042)
Louisiana Legal Ethics, LLC
18 Farnham Place
Metairie, LA 70005
(504) 975-3263
Dane@daneciolino.com
Clareroubion@lalegalethics.com


*S/Joseph F. LaHatte, III*
Joseph "Joey" F. LaHatte, III (La. Bar 31224)
Jennifer D. Zajac (La. Bar 28564)
2000 Clearview Parkway, Suite 203
Metairie, Louisiana 70001
Telephone: (504) 309-2996
Facsimile: (855) 733-8180
Email: joey@lahattelaw.com
jennifer@lahattelaw.com
Attorneys for Galindo Law Firm and Cristobal Galindo

## CERTIFICATE OF SERVICE

I, Dane S. Ciolino or Clare S. Roubion or Joey LaHatte, hereby certify by signing above that I served this document by ECF/CMF on all counsel of record in the above-captioned matter on Monday, May 19, 2025.